**UNITED STATES of America, Plaintiff–Appellee**

v.

**Gabino TOVIAS, Jr., Defendant–Appellant.**

**No. 10–10909
Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 2, 2011.

James Michael Worley, Sr., Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, William Ernest Hermesmeyer, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

Defendant–Appellant Gabino Tovias, Jr., pleaded guilty pursuant to a plea agreement to one count of conspiring to make false statements during the acquisition of a

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

368

firearm and one count of being a felon in possession of a firearm. He was sentenced to a total of 120 months of imprisonment to be followed by three years of supervised release. On appeal, he challenges the district court's decision to impose a four-level enhancement under U.S.S.G. § 3B1.1(a) to his offense level for being an organizer or leader of criminal activity involving five or more participants, arguing that the presentence report's findings establish that he was a leader or organizer of only three of the four other participants in the criminal association.

Our de novo review of the district court's application of the Guideline reveals no error. *See United States v. Moore,* 635 F.3d 774, 776 (5th Cir.2011), *petition for cert. filed,* (June 13, 2011) (No. 10–11089). To warrant the four-level enhancement, a defendant need only be the leader or organizer of one other participant in a criminal association that involves at least five members. *United States v. Ronning,* 47 F.3d 710, 711–12 (5th Cir.1995). It is not necessary that he lead or organize every other participant. *United States v. Curtis,* 635 F.3d 704, 720 (5th Cir.2011), *petition for cert. filed,* (June 6, 2011) (No. 10–10931). Tovias concedes that he exerted control over three participants in the gun-buying scheme. That is more than sufficient to trigger application of the enhancement. Accordingly, the district court's judgement is AFFIRMED.